947 F.2d 937
 Smith (Herbert Ronald)
v.
U.S., Keohane (P.W.), Keller (W.S.), Wells (W.C.), Smith
(W.F.), Chapman (Dave A.), Heretick (Stephen E.), Emory (D.)
McPherson (Paralegal) Thomas (G.W.), Porz (D.N.), Johnson
(Alex), Conger (Bruce E.), Hoffman (Wayne T.), Reichenback
(R.E.), Helder (Rich), Divers (R.E.), Swanson (D.), Kann
(Warren), Hilliard, McFadden (William), Blufer, Pinchak,
Bowen, Fisher, Kackenmeister, Brown, Ebbert (Guard)
 NO. 90-6018
 United States Court of Appeals,
Third Circuit.
 OCT 17, 1991
 
 Appeal From: M.D.Pa.,
 Muir, J.
 
 
 1
 AFFIRMED.